# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Minnesota

Case Number: 08CV162

Plaintiff:
JODI A. SCHWENDIMANN F/K/A JODI A. DALVEY

vs.

Defendant:
ARKWRIGHT, INC.

For:
David Davenport
WINTHROP & WEINSTINE P.A.
60 South Sixth St.
Minneapolis, MN 55402

Received by HUGHES LEGAL SUPPORT on the 18th day of January, 2008 at 9:51 am to be served on **ARKWRIGHT, INC., 538 MAIN ST., FISKEVILLE, RI 02823**.

I, James F. Mallinson, being duly sworn, depose and say that on the **21st day of January, 2008** at 12:25 pm, I:

SERVED the within named CORPORATION by delivering a true copy of the **SUMMONS and COMPLAINT(PATENT INFRINGEMENT) JURY TRIAL DEMANDED** with the date and hour of service endorsed thereon by me to LISA CANTONI KILDUFF, HR MANAGER as AUTHORIZED MANAGING AGENT of the within named corporation.

**Description** of Person Served: Age: 43, Sex: F, Race/Skin Color: White, Height: 5'5, Weight: 135, Hair: Black, Glasses: N

James F. Mallinson
R.I. Constable 6174

Before me on the 24th day of January, 2008 there personally appeared before me the above named individual who swore to the truth of the statements contained in this affidavit.

NOTARY PUBLIC

PAUL G. HUGHES
Notary Public ID # 7370
State of RI and Providence Plantations
My Commission Expires Dec. 4, 2010

HUGHES LEGAL SUPPORT
Www.Rhodeislandprocess.Com
P.O. Box 20617
Cranston, RI 02920
(401) 944-8980
Our Job Serial Number: 2008000615

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c